UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas

**ENTERED**

February 13, 2020

David J. Bradley, Clerk

| | | |
|---|---|---|
| Candy L. Stormer, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | Civil Action H-20-92 |
| | § | |
| Patenaude & Felix, a Professional | § | |
| Corporation, | § | |
| | § | |
| Defendant. | § | |

## Dismissal

Having been advised that Candy L. Stormer voluntarily dismisses her claims against Patenaude & Felix, a Professional Corporation, her claims are dismissed without prejudice. (14)

Signed on February _13_ , 2020, at Houston, Texas.

Lynn N. Hughes
United States District Judge